UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------------------------x

JULIANNE MUNFORD

                                 Plaintiff,

v.

SEAVIEW REALTY ASSOCIATES AND LA RANA MEAT
CORP.

                                 Defendants.

-------------------------------------------------------------------------x

**Docket No. 1:24-cv-00029 (OEM) (RML)**

**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, attorneys of record for the respective parties in the above-captioned action, that pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, all the claims asserted or that could have been asserted in the above-captioned action are hereby voluntarily dismissed with prejudice and without costs, fees, or expenses.

Dated: December 30, 2024
       New York, New York

**THE PARKER LAW GROUP P.C.**

By: _____
      Glen H. Parker, Esq.
      Attorneys for Plaintiff
      28 Valley Road
      Montclair, New Jersey 07042
      Tel 347-292-9042
      ghp@parkerlawusa.com

**GORDON REES SCULLY & MANSUKHANI, LLP**

By: _____
      Jeremi Chylinski, Esq.
      Attorneys for the Defendant
      Seaview Realty Associates
      One Battery Plaza, 28th Floor
      New York, New York 10004

**MILBER MAKRIS PLOUSADIS & SEIDEN, LLP**

By: _____
      John J. Byrnes, Esq.
      Attorneys for the Defendant
      La Rana Meat Corp.
      1000 Woodbury Road, Suite 402
      Woodbury, New York 11797
      Office: 516.712.4000
      jbyrnes@milbermakris.com

t (917) 650-0050
jchylinski@grsm.com